NUMBERS
13-04-257-CV
13-05-081-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________

IN THE INTEREST OF A.F.T. AND J.T., MINOR CHILDREN
____________________________________________________________________

On appeal from County Court at Law No. 5 
of Nueces County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Memorandum Opinion Per Curiam

         Appellant, Maria Estella Flores, perfected an appeal from a judgment entered by
County Court at Law No. 5 of Nueces County, Texas, in cause number 03-60893-5. 
Appellant has now filed a motion to dismiss her appeal. Appellant states that she no
longer wishes to prosecute this appeal. Appellant Maria Estella Flores’ appeal is
severed from the original appeal and is docketed under cause number 13-05-081-CV.
         Having considered appellant’s motion to dismiss the appeal and the documents
on file, this Court is of the opinion that the motion should be granted. The motion to
dismiss appellant Maria Estella Flores’ appeal is hereby granted. The appeal in cause
number 13-05-081-CV is ordered DISMISSED. The remaining issues in the appeal will
remain docketed under cause number 13-04-257-CV.

                                                                        PER CURIAM

Memorandum Opinion delivered and filed this
the 17th day of February, 2005.